IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,                :
EX REL. CHRISTOPHER PIACENTILE
                                         :
v.                                           Civil Action WMN-96-3025
                                         :
ARRHYTHMIA MONITORING
INC., et al.                             :

## ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 30th day of September, 1999, by the United States District Court for the District of Maryland, ORDERED:

1. That the Motions to Dismiss filed by Defendants Lincare Holdings, Paper No. 40; Arrhythmia Monitoring, Inc., Paper No. 42; and Francis M. Schwerin, Paper No. 48 are hereby GRANTED;

2. That the claims against all Defendants are hereby dismissed, without prejudice;

3. That Relator shall have 20 days from the date of this Order to amend the complaint to plead with particularity his claims and, in the absence of such amendment, this case shall be closed; and

4. That the Clerk of the Court shall mail or transmit copies of the foregoing Memorandum and this Order to all counsel of record.

_____
William M. Nickerson
United States District Judge