IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| EX REL. CHRISTOPHER PIACENTILE | | |
| | * | |
| v. | | CIVIL NO. WMN-96-3025 |
| | * | |
| ARRHYTHMIA MONITORING | | |
| INC., et al. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

On September 30, 1999, this Court issued an Order granting the Relator 20 days from the date of said Order to amend the complaint or the case would be closed. To date, the Relator has filed no such pleading. Therefore, in the absence of such amendment, it is this 26th day of October, 1999, in the United States District Court for the District of Maryland,

ORDERED:

1. That the claims against all Defendants are hereby dismissed, with prejudice;

2. That the Clerk of the Court CLOSE this case; and

3. That the Clerk of the Court shall mail or transmit copies of this Order to all counsel of record.

William M. Nickerson
United States District Judge